# UNITED STATES PRETRIAL SERVICES AGENCY
## Eastern District of New York



# MEMORANDUM

**DATE:** June 7, 2006

**TO:** Honorable Frederic Block
Senior United States District Judge

**RE:** MARQUEZ, Martha
Docket No. 03 CR 973-01

### Request for Modification of Release Conditions

The above referenced defendant is the subject of a pending narcotics case before Your Honor. She was released by Magistrate Judge Gold during a bail review hearing on April 7, 2003 on a $250,000 bond secured by property. Her bail conditions include reporting to Pretrial Services once a week in person and once a week by telephone, travel restrictions to Eastern and Southern Districts of New York, surrender of passport, and random home visits. New Jersey was added to the defendant's travel restrictions on May 28, 2004. We have been advised by the Government and the defense that there are ongoing plea negotiations in this case.

The defendant has generally reported weekly in person and weekly by telephone to our office for the past three years. She surrendered her Colombian passport on April 8, 2003, and there have been no known violations of her travel restrictions. The last home contact was conducted on March 16, 2006. Quarterly record checks revealed no new arrests while on supervision. The defendant continues to care for her teenaged son, who has Cerebral Palsy and other medical issues.

Pretrial Services respectfully recommends that the defendant's bail conditions be modified to allow the defendant to report as directed by Pretrial Services. Our intention is to reduce the frequency of reporting as appropriate, beginning with once weekly telephone reporting and once monthly in-person reporting. Pretrial Services spoke with Assistant United States Attorney Scott Morvillo, who consented to this modification. If Your Honor agrees, an order is attached for your endorsement.

Prepared by: _Melony C. Bedford_
Melony C. Bedford
Sr. U.S. Pretrial Services Officer

Approved by: _Andrew Prozeller_
Andrew Prozeller
Supervising Pretrial Services Officer

Attachment

RE: MARQUEZ, Martha
Docket No.: 03-CR-973-01

IT IS THE ORDER OF THE COURT THAT:

☒ The defendant's conditions of release be modified to have the defendant report as directed by Pretrial Services, instead of weekly in person and weekly by telephone. All other conditions remain in full effect.

☐ No action with regard to the defendant's condition of release is to take place at this time.

☐ Other: _____
_____
_____

SO ORDERED,

_____
Honorable Frederic Block
U.S. District Judge

_____
Date

cc: Scott Morvillo, AUSA
    David Zapp, Defense Counsel